UNITED STATES DISTRICT COURT

FILED

DISTRICT OF CONNECTICUT

2003 DEC -4 A 10: 14

MUSTAFA BILAL

US DISTRICT COURT
BRIDGEPORT CT

V.

3:03 cv 120 (SRU)

EAST HARTFORD POLICE DEPT.


MOTION FOR EXTENSION OF Time

The Plaintiff, Mustafa Bilal who is acting Pro sé hereby moves the court for a thirty(30) day extension of time from the date of November 28, 2003 to submit a amended complaint.

IN support thereof, the Plaintiff states the following:

1.) The Plaintiff did not receive the ruling on the motion to amend or to appoint counsel until one month after the dead line, due to tranfer, and the handling of legal mail in this correctional facility.

2.) The Plaintiff is still stagnated with producing defendant names and relief sought for motion to amend due to court reporter stalling with Police incident report, the court should not hold the Pro sé litigant to the standards of a Professional lawyer. Baker v. Cuomo 58 F. 3d 814 (2nd cir 1995) Simmons v. Abruzz, 49 F 3d 83 (2nd cir 1995)

3.) The Plaintiff is awaiting response from Pro Bono Lawyers Firms.

I declare under Penalty of Perjury that the foregoing is true and Correct.

Respectfully Submitted
Mustafa Bilal #126798
1153 East Street South
Suffield, CT.
06080

11/25/03