UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MUSTAFA BILAL
    v.
EAST HARTFORD POLICE DEPT.

3:03CV120(SRU)

## MOTION FOR TIME EXTENSION

The Plaintiff, MUSTAFA BILAL who is acting Pro sé hereby moves the court for a thirty (30) day extension of time from the date of December 28, 2003 to submit a amended complaint.
IN support thereof, the Plaintiff states the following:

(1.) The Plaintiff is awaiting new information from defendants through Freedom of Information ACT.

(2.) The Pro sé litigant should not be held to the standards of a professional lawyer. Baker v. Cuomo 58 F. 3d 814 (2nd Cir 1995)

(3.) The amended complaint should manifest itself within this time frame

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted
Mustofa Bilal
MacDougall C.I.
1153 East Street South
Suffield, CT.
06080

Jacqulin Bacha
12/22/03

JACQUELINE BACHAN
NOTARY PUBLIC
MY COMMISSION EXPIRES 8/31/2006