UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MUSTAFA BILAL

                                                        PRISONER
    v.                                        CASE NO: 3:03CV120 (SRU)

EAST HARTFORD POLICE
DEPARTMENT, ET AL.


**RULING AND ORDER**

The plaintiff seeks two extension of time to file his amended complaint.  The

plaintiff's Motions for Extension of Time **[docs. ## 16, 17]** are **GRANTED**.

SO ORDERED this the 23rd day of January, 2004, at Bridgeport, Connecticut.

                                        */S/ William I. Garfinkel*
                                        WILLIAM I. GARFINKEL
                                        UNITED STATES MAGISTRATE JUDGE