UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT  2004 JAN 23 P 4:37

US DISTRICT COURT
BRIDGEPORT

MUSTAFA BILAL

vs.  3:03 CV120 (SRU)

EAST HARTFORD POLICE DEPT.

## MOTION FOR TIME EXTENSION - DISCOVERY

1.) The Plaintiff request for the defendants names through the Freedom of Information ACT has been impede due to the defendants denial of this information, the Plaintiff also relize that a suit of law is not a child's game but a serious effort on the part of adults human beings to administer justice.

2.) The Plaintiff ask the court to allow him one last opportunity to materialize the defendants names relating to the original motion to amend as proof to the factual situation.

3.) The Pro sé litigant is not a professional attorney and should not be held to those standards. Baker v. Cuomo 58 F. 3d 814 (2nd Cir 1995)

4.) The Plaintiff ask the court for a thirty (30) day extension of time from January 28, 2004 to submit a amended complaint.

I declare under Penalty of Perjury that the foregoing is true and correct.

Respectfully Submitted
Mustafa Bilal
MacDougall C.I.
1153 East St. South
Suffield, CT.
06080

*Jacqulin Bacha*
1-20-04

JACQUELINE BACHAN
NOTARY PUBLIC
MY COMMISSION EXPIRES 8/31/2006