UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MUSTAFA BILAL

V.  3:03CV120 (SRU)

MARK SIROIS, ET AL
Sergeant, John Doe
Officer, John Doe #1    Officer, John Doe #2
Officer, John Doe #3    Officer, John Doe #4
Officer, John Doe #5

## AMENDED COMPLAINT

In accord with Federal rule 15(a) Plaintiff MUSTAFA BILAL, amend his Complaint against defendant Chief of Police MARK SIROIS, of East Hartford Police Dept.

### JURISDICTION

The court has Jurisdiction over Plaintiff claims of violation of Federal Constitutional rights under 42 U.S.C. § 1983 and 28 U.S.C. § 1343(3)

### STATEMENT OF CLAIM

This is a civil Rights action filed by Plaintiff Mustafa Bilal for Compensatory, and Punitive damges under 42 U.S.C. Sec. 1983.

1.) Plaintiff realleges that on March 12, 13, 2000 defendants violation of Due Procedures by illegal Search and seizure Fourth Amendment.

2.) Plaintiff realleges that on March 12, 13, 2000 defendants discriminated against him by violating Due Process in depriving him of liberty and Property in violation of the equal Protection clause of the Fourteenth Amend. and their own Municipal Policy on discrimination.

3.) Plaintiff realleges that on March 12, 13, 2000 defendants violated the Eight Amendment. ban on cruel and unusual Punishment by

forcefully assaulting him and disallowing medical treatment, was deliberate indifference.

4.) Plaintiff alleges that on March 12, 13, 2000 defendants discriminated against him under the Federal Act Title VII because of Race, Creed, Religion.

## Parties

Plaintiff Mustafa Bilal, is at presently incarcerated in one of Connecticut Correction Inst. The defendant Mark Siroir, is acting Chief of the Municipality of East Hartford Police Dept. has the affirmative duty of supervising the departments Policies procedure, customs and its Employees to compliance with State statues promulgated by the body's officers and ensuring Policies Procedures, customs, ordinances, regulations, to ensure adequate training of his Subordinate, so as to protect Citizens from irreparable harm. he is sued in his official capacity.

## Facts

On or about March 12, 13, 2000 at about 8:30 or 9:00 A.M. the Plaintiff was sitting in his apartment without any visible means of knowing if Plaintiff was home are not, and while Plaintiff was watching T.V. there came a loud banging on the front door of his apartment, on this exact same time and night in question, Plaintiff fining himself in a state of confusion proceeded to discover who was the perpetrator of this Noise, only to fine at that very same moment his Kitchen door is coming open with a least five other defendants entering into his apartment without a warrant or identifying themselves as officers, screaming get down you maggot piece of crap before we blow your head off Nigger. at this time two of the defendants grabbed the Plaintiff and proceeded to throw him face down on the floor, searched and handcuffed him, as other defendants begain physically kicking and punching him in the head and mid torso which cause Nose bleed, Chest pains, and server head aches. Plaintiff was to later find out that he was charge with Sexual Assault in the first

Count ONE: Breach of duty to the Fourth Amendment.

1.) base on facts and investigation the plaintiff clearly states that if the victim claimed she was sexually assaulted she should have been taken to a hospital for a physical examination, consisting of but not limited to vagina abrasion, bruises on and about the body, semen sample should have been taken alone with hair and blood sample from the allege perpeturator of the crime. a sworn statement should have been taken from the victim allowing the police officers time to draw up a affidavit to take to a magistrate judge for the purpose of a warrant, but none of these procedures were followed. the defendant Chief Mark Sirois failure to supervise his subordinate makes him liable for the illegel entry into Plaintiff apartment and subsequently searched, beaten and imprisonment, and denial of liberty without due process in violation of the Fourteenth Amend.

Count TWO: Failure to Protect it Citizens from deprivation of liberty without Due Process.

1.) Chief Mark Sirois of Municipal East Hartford Police dept. at all times mentioned during complaint were a active Participant at all times mentioned during this complaint. he was part of the obstruction of due course of justice by allowing for the false arrest and incarceration of Plaintiff, depriving the Plaintiff of equal protection of the law

Count THREE: Excessive force to assault

1.) Defendant Chief Mark Sirois further demonstrated his deliberate indifference to it's citizens and Plaintiff by his failure to properly train his officers in the procedure of accosting to arrest without physical attacks, resulting in serious psychological and physical injuries to the Plaintiff, despite the fact that the chief

was not on duty documented the hands of his subordinate. Should not emancipate him from their action.

2.) As a result of the deliberate indifference exercised by the aforemention. defendant, Plaintiff Mustafa Bilal suffered serious harm at the hands of Municipal officials Sergeant John Doe, Officer John Doe #1, Officer John Doe #2, Officer John Doe #3, Officer John Doe #4, Officer John Doe #5, Bilal sustained multiple physical injuries including nose bleeding, and dizziness, cuts in the mouth, chest pains, bruises on the body, Plaintiff also suffer now from extreme psychological and emotional distress from this incident, lost of job wages, and housing. defendant collectively conspired with his subordinates to cause this irreparable harm. as well as failing to provide adequate medical care.

Count Four: discrimination against Race.
 1.) Under the supervision of the defendant were aware of Plaintiff race, creed, and religion at the time of his arrest and incarceration the use of racial slurs alone with the physical beating together with the illegal search and seizure and denial of his liberty without due process, is in strict violation of his 4th, 8th, and 14th Amendment of the Constitution of the United States. and Title VII Federal ACT.

Relief Requested:
Award Compensatory Damages in lump Sum amount.

A.) In the amount of Five Hundred Thousand Dollars against Chief of Police Mark Sirois for the Phycological and emotional anguish as well as the Physical injuries Sustained as a result of the Plaintiff arrest and incarceration by failure of Due Process in violation of his Four Amendment of the U.S.

B.) In the amount of Five Hundred Thousand Dollars against defendant Mark Sirois for the Punishment and emotional, and Phycological anguish and Physical injuries Sustained as a result of defendant denial and deprivation of Plaintiff Privileges under liberty and property without Due Process of law Pursuant Fourteenth Amend. U.S. in connection with the Plaintiff arrest and incarceration.

C.) In the amount of Five Hundred Thousand Dollars against defendant Mark Sirois for the Physical injuries, denial of medical treatment, Phycological and emotional anguish Sustained resulting from defendant Cruel and unusual Punishment by deliberate indifference under the Eight Amend. U.S. in connection with Plaintiff arrest and incarceration.

D.) In the amount of Five Hundred Thousand Dollars against defendant Mark Sirois for the Phycological punishment, and emotional anguish Sustained as a result of defendant acts of discrimination, because of Race, Creed, and Religion, in connection with Plaintiff arrest and incarceration Pursuant Title VII Federal Act.

Award Punitive Damages in lump Sum amount.
1.) Five Hundred Thousands Dollars against defendant Mark Sirois
2.) Grant such other relief as it may appear that plaintiff is entitled

I Declare under Penalty of Perjury that the Foregoing information is true and Correct to the best of my Knowledge and belief

2/14/04

Respectfully Submitted
The Plaintiff
*Mustafa Bilal*

*Jacqueline Bana*
2/14/04