UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MUSTAFA BILAL

                        PRISONER
                        CASE NO: 3:03CV120 (SRU)

EAST HARTFORD POLICE
DEPARTMENT, ET AL.

### RULING AND ORDER

The plaintiff seek an extension of time to file his amended complaint. The plaintiff's Motion for Extension of Time **[doc. # 19]** is **GRANTED**. The plaintiff shall file his amended complaint on or before March 5, 2004.

SO ORDERED at Bridgeport, Connecticut, this 26th day of February, 2004.

                                          */S/ William I. Garfinkel*
                                          William I. Garfinkel
                                          United States Magistrate Judge