UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MUSTAFA A. BILAL

    v.                                                                                         PRISONER  
                                                                    Case No.   3:03CV120 (SRU)  
MARK SIROIS, ET AL.

ORDER

      The plaintiff's Application To Proceed In Forma Pauperis having been granted, he is directed to complete the enclosed 285 U.S. Marshal service form. The plaintiff is directed to complete ONE 285 form for defendant Sirois his individual capacity at an address where the defendant may be found.

      The plaintiff shall also complete one Notice of Lawsuit and Waiver of Service of Summons form and one Waiver of Service of Summons form for defendant Sirois in his individual capacity. In addition, the plaintiff is directed to submit ONE copy of the amended complaint.

      The plaintiff shall complete and return the enclosed forms and the copy of the amended complaint within twenty days of the date of this order. The plaintiff is cautioned that failure to return the forms and/or copies of the amended complaint in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case as to any defendant for whom a form and/or copy of the amended complaint is not returned, without prejudice and without further notice

from this court.

Upon receipt of the Marshal forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the complaint on the defendant Sirois his individual capacity and to file a return of service within **sixty days** of the date the U.S. Marshal receives the service papers from the Clerk's Office.

Defendant Sirois is hereby ordered to file an appearance within **sixty (60)** days from the date he signs a waiver of service of summons.

In addition to defendant Sirois, the plaintiff has also named five John Doe Police Officers as defendants. The United States Marshal cannot serve the complaint on these defendants, however, until plaintiff provides their names and addresses. Accordingly, the plaintiff is directed to file an amended complaint within ninety days of the date of this order. The amended complaint shall include all of the information contained in the first amended complaint as well as the complete name and current address of the Doe defendants. Failure to timely identify these defendants may result in the dismissal of the claims against them without further notice from the court.

SO ORDERED in Bridgeport, Connecticut, this 14th of April, 2004.

/s/
Holly B. Fitzsimmons
United States Magistrate Judge