UNITED STATE DISTRICT COURT

**FILED**

DISTRICT OF CONNECTICUT

2004 JUL -9 P 4:28

U.S. DISTRICT COURT
BRIDGEPORT, CONN

MUSTAFA BILAL

V.

MARK SIROIS, ET AL

Individul Capacity

DOCKET NO. 3:03 CV120(SRU)(WIG)

Plaintiff motion is to attached this amended Complaint to Court order, for 285 U.S. Marshal Service form and Notice of Lawsuit and waiver of service of summons form.

1. Plaintiff MUSTAFA BILAL, Pro sé Respectfully moves this court to add this amended complaint, that Plaintiff was Not aware that it was a need to send a copy with U.S. Marshal 285 forms.

Plaintiff is doing his best to complete all forms properly, and apolligize for the inconvenience, and here is the copy of the amended Complaint.

By: Mustafa Bilal

## Certification

I hereby certify that the foregoing to be true to the best of my ability on this 6th day of July 2004.

Defendant Attorney

Name _____
Assistant Attorney General
915 Lafayette Boulevard
Bridgeport, CT. 06604

By. _Mustafa Bilal_
MUSTAFA BILAL
1153 East Street South
MacDougall Corr. Inst.
06080