UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUL 13 P 5:29

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

MUSTAFA BILAL

vs.

MARK SIROIS, ET AL
John Doe, John Luppichino,
John O'Connell, John Souzo,
John Stoldt, John McGeowe

Docket No: 3:03 CV120(SRU)(WIG)

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The Pro sé Plaintiff in this Civil Rights Complaint Pursuant to Rules 15(a) and 19(a) in connection to 42 U.S.C. Sec. 1983 hereby moves this court for permission to file an amended complaint to add names to the parties in the original complaint.

1.) The Plaintiff originally filed this complaint on 1-7-03.

2.) The Plaintiff has not had a chance to file discovery request with defendant, simply because he was unaware of the discovery procedures (as noted above - the Plaintiff is pursuing pro sé without any assistance) discovery motion in this case is necessary in order for the Petitioner to file his amendment.

3.) Since filing of this complaint, Plaintiff have discovered most of the defendants last names inorder to amend the allegations to reflect the identity and action of these defendants, in Paragraphs (A) 2 (A) 3 A(5) in the allegations Paragraphs (C) 1 (C) 2 (C) 3

c(5) D(1) E(2) F(3) (G) 1(a) (b) 2 amend paragraphs (A)(B) and 3 (1) of the relief requested.

4.) This court should grant leave freely to amend a complaint. Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227 (1962) Interroyal Corp. v. Sponseller 889 F.2d 108, 112 (6th Cir) cert denied, 494 U.S. 1091 1990.

7-11-04
Respectfully Submitted
Mustafa Bilal

MUSTAFA BILAL
1153 East Street South
MacDougall Corr. Inst.
Suffield, CT. 06080

# CERTIFICATION

I hereby Certify that the foregoing, to be true to the best of my ability on this 11th Day of July 2004

Defendants Attorney
_____

Assistant Attorney General
915 Lafayette Blvd.
Bridgeport, CT 06604

*Mustafa Bilal*
MUSTAFA BILAL
1153 East Street South
MacDougall Corr. Inst.
Suffield, CT
06080