UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


MUSTAFA BILAL

                              PRISONER
                    CASE NO: 3:03CV120 (SRU)

EAST HARTFORD POLICE
DEPARTMENT, ET AL.


**RULING AND ORDER**

The plaintiff seeks leave to file an amended complaint.  He
names Mark Sirois, John Doe, John Luppichino, John O'Connell,
John Souzo, John Stoldt and John McGeowe as defendants in the
amended complaint.  The Motion for Leave to Amend **[doc. # 24]** is
**GRANTED**.  The Clerk is directed to docket the amended complaint
attached to the plaintiff's motion.

To enable the United States Marshal to serve the amended
complaint on the defendants, the plaintiff is directed to
complete the enclosed 285 U.S. Marshal service form.  The
plaintiff is directed to complete ONE 285 form for each defendant
in his individual capacity at an address where the defendant may
be found.

The plaintiff shall also complete one Notice of Lawsuit and
Waiver of Service of Summons form and one Waiver of Service of
Summons form for each defendant in his individual capacity.  In
addition, the plaintiff is directed to submit SEVEN copies of the
amended complaint.

The plaintiff shall complete and return the enclosed forms and the copies of the amended complaint within twenty days of the date of this order.  The plaintiff is cautioned that failure to return the forms and/or copies of the amended complaint in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT  06604, may result in the dismissal of this case as to any defendant for whom a form and/or copy of the amended complaint is not returned, without prejudice and without further notice from this court.

Upon receipt of the Marshal forms, the Clerk is directed to forward the appropriate papers to the United States Marshal.  The United States Marshal is directed to serve the amended complaint on the defendants in their individual capacities and to file returns of service within **sixty days** of the date the United States Marshal receives the service papers from the Clerk's Office.

Each defendant is hereby ordered to file an appearance within **sixty (60)** days from the date he signs a waiver of service of summons.

SO ORDERED this 29th day of July, 2004, at Bridgeport, Connecticut.

/s/ William I. Garfinkel
William I. Garfinkel
United States Magistrate Judge

2