UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MUSTAFA BILAL, | : | NO. 3:03CV0120(SRU)WIG) |
|     Plaintiff, | | |
| vs. | | |
| MARK SIROIS, JOHN DOE, | : | NOVEMBER 2, 2004 |
| JOHN LUPPICHINO, JOHN O'CONNELL, | | |
| JOHN SOUZO, JOHN STOLDT and | | |
| JOHN McGEOWE, | | |
|     Defendants. | | |

## **APPEARANCE**

Please enter the appearance of Scott M. Karsten and Nicole D. Dorman as counsel **for all defendants** in the above entitled action.

                                        DEFENDANTS, MARK SIROIS, JOHN DOE, JOHN LUPPICHINO, JOHN O'CONNELL, JOHN SOUZO, JOHN STOLDT and JOHN McGEOWE

                                        BY_____
                                        Scott M. Karsten
                                        Federal Bar No.: ct05277
                                        836 Farmington Avenue
                                        West Hartford, CT 06119
                                        Their Attorney
                                        skarsten@sackspec.com

                                        BY_____
                                        Nicole D. Dorman
                                        Federal Bar No.: ct07030
                                        ndorman@sackspec.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 2nd day of November, 2004, to the following:

Mustafa A. Bilal
Inmate Number 126798
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Scott M. Karsten