```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

MUSTAFA BILAL,                     :  NO. 3:03CV0120(SRU)WIG)
     Plaintiff,

vs.

MARK SIROIS, JOHN DOE,             :  DECEMBER 29, 2004
JOHN LUPPICHINO, JOHN O'CONNELL,
JOHN SOUZO, JOHN STOLDT and
JOHN McGEOWE,
     Defendants.
```

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 9(b), defendants, MARK SIROIS, JOHN DOE, JOHN LUPPICHINO, JOHN O'CONNELL, JOHN SOUZO, JOHN STOLDT and JOHN McGEOWE hereby respectfully move this Court for an extension of time of thirty days, until February 3, 2005, within which to respond and/or object to plaintiff's Interrogatories and Requests for Production dated December 2, 2004.

This enlargement of time is necessary in order to allow the undersigned counsel to confer with the defendants regarding the interrogatories and materials sought, and prepare a response.

This is the first such request for an enlargement.

Due to plaintiff's incarceration, the undersigned's office was unable to contact plaintiff to ascertain his position as to the requested extension.

```
                         DEFENDANTS, MARK SIROIS, JOHN
                         DOE, JOHN LUPPICHINO, JOHN
                         O'CONNELL, JOHN SOUZO, JOHN
                         STOLDT and JOHN McGEOWE


                    BY_____
                         Scott M. Karsten
                         Federal Bar No.: ct05277
                         836 Farmington Avenue
                         West Hartford, CT 06119
                         Their Attorney
                         skarsten@sackspec.com
```

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 29th day of December, 2004, to the following *pro se* party:

Mustafa A. Bilal
Inmate Number 126798
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

```
                         _____
                         Scott M. Karsten
```

```
Chief Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604
```