UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Mustafa Bilal

V.                                    Case Number: 3:03cv120(SRU)(WIG)

Mark Sirois, et al

**ORDER**

Doc. #31  Motion for extension of time until **February 3, 2005** to respond to Discovery **ORDERED ACCORDINGLY**.

Dated at Bridgeport, Connecticut, December 30, 2004.

KEVIN F. ROWE, CLERK

By: ____/s/_____
    Rody Jaiman
    Deputy Clerk