# EXHIBIT A

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:03-cv-00120-SRU

Bilal v. East Hartford Police
Assigned to: Judge Stefan R. Underhill
Referred to: Judge William I. Garfinkel
Demand: $0
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/16/2003
Jury Demand: Plaintiff
Nature of Suit: 540 Mandamus & Other
Jurisdiction: Federal Question

**Plaintiff**
-------------------------

**Mustafa A. Bilal**    represented by    **Mustafa A. Bilal**
Inmate 126798
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080
PRO SE

V.

**Defendant**
-------------------------

**East Hartford Police Dept**
*TERMINATED: 02/27/2004*

**John Doe**

**Mark Sirois,** *Chief*

**John McGeowe**

**John Stoldt**

**John Souzo**

**John O'Connell**

**John Luppichino**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2004 | | PRISCS - NOTICE of Lawsuit and Request for Waiver of Service for Summons with 285 forms issued and handed US Marshal for service in accordance with 26 Order on Motion to Amend/Correct, as to John Luppichino, John McGeowe, John O'Connell, Mark Sirois, John |

|  |  |  |
|---|---|---|
|  |  | Souzo, John Stoldt. Waiver of Service due by 10/26/2004. (Jaiman, R.) (Entered: 08/26/2004) |
| 07/29/2004 | 27 | PRISCS AMENDED COMPLAINT against John McGeowe, John Stoldt, John Souzo, John O'Connell, John Luppichino, John Doe, Mark Sirois , filed by Mustafa A. Bilal.(Larsen, M.) (Entered: 07/30/2004) |
| 07/29/2004 | 26 | PRISCS ORDER granting 24 Motion to Amend. Clerk to docket amended complaint. Plaintiff to submit: completed U.S. Marshal service forms for each deft., individual capacity; Notices and Waivers; and seven copies of amended complaint. Upon receipt of forms, Clerk to forward papers to U.S. Marshal to serve amended complaint on defts, individual capacities. Signed by Judge William I. Garfinkel on 7/29/04. (Larsen, M.) (Entered: 07/29/2004) |
| 07/28/2004 | 25 | ELECTRONIC ENDORSEMENT ORDER denying 23 Motion to Amend Complaint, without prejudice. An amended complaint must list each defendant in the caption. The use of "et al." in the caption of an amended complaint is not permitted. Plaintiff may review his motion and submit a proposed amended complaint listing all defendants, but plaintiff should do so promptly. So Ordered. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. Signed by Judge Stefan R. Underhill on 7/28/04. (Sbalbi, B.) (Entered: 07/28/2004) |
| 07/13/2004 | 24 | PRISCS - MOTION to Amend [2] Complaint, (Amended Complaint in paper form only) by Mustafa A. Bilal.Responses due by 8/3/2004 (Corriette, M.) (Entered: 07/21/2004) |
| 07/09/2004 | 23 | PRISCS - MOTION to Amend 20 Amended Complaint (Amended Complaint in paper form only) by Mustafa A. Bilal.Responses due by 7/30/2004 (Corriette, M.) (Entered: 07/16/2004) |
| 04/16/2004 |  | CASE REFERRED to Magistrate Judge William I. Garfinkel. (Jaiman, R.) (Entered: 04/26/2004) |
| 04/16/2004 | 22 | Order Directing the Plantiff to Complete and Return Within 20 Days of the Date of this Order USM-285 Forms for Sirois in his individual capacity. Upon Receipt of the USM-285 Forms the Clerk is Directed to Forward the Appropriate Papers to the US Marshall to Serve the Complaint on the Defendants. Signed by Judge Holly B. Fitzsimmons on 4/14/04. (Jaiman, R.) (Entered: 04/26/2004) |
| 02/27/2004 | 20 | AMENDED COMPLAINT against John Doe , filed by Mustafa A. Bilal.(Corriette, M.) (Entered: 03/05/2004) |
| 02/26/2004 |  | Set Deadlines: Amended Pleadings due by 3/5/2004. (Jaiman, R.) |

| | | |
|---|---|---|
| | | (Entered: 03/08/2004) |
| 02/26/2004 | 21 | RULING and ORDER granting 19 Motion for Extension of Time. Plaintiff shall file his amended complaint on or before 3/5/04 . Signed by Judge William I. Garfinkel on 2/26/04. (Jaiman, R.) (Entered: 03/08/2004) |
| 01/23/2004 | 19 | MOTION for Extension of Time for 30 days to file Amended Complaint by Mustafa A. Bilal. (Corriette, M.) (Entered: 01/26/2004) |
| 01/23/2004 | 18 | RULING and ORDER granting 16 Motion for Extension of Time to 12/28/03 to file amended complaint, granting 17 Motion for Extension of Time of 30 days to submit an amended complaint . Signed by Judge William I. Garfinkel on 1/23/04. (Jaiman, R.) (Entered: 01/26/2004) |
| 12/24/2003 | 17 | MOTION for Extension of Time for 30 days to submit an amended complaint (no date specified) by Mustafa A. Bilal. (Jaiman, R.) (Entered: 01/08/2004) |
| 12/04/2003 | 16 | MOTION for Extension of Time to 12/28/03 to File Amended Complaint by Mustafa A. Bilal. (Corriette, M.) (Entered: 12/11/2003) |
| 09/29/2003 | 15 | RULING denying [12-1] motion for Appointment of Counsel, granting [13-1] motion to Extend Time for 30 days to file Amended Complaint, Amended Complaint to be filed by 10/15/03 ( signed by Mag. Judge William I. Garfinkel ) 2 Page(s) (Jaiman, R.) (Entered: 09/29/2003) |
| 08/28/2003 | 14 | MEMORANDUM by Mustafa A. Bilal in support of [12-1] motion for Appointment of Counsel (Corriette, M.) (Entered: 09/02/2003) |
| 08/28/2003 | 13 | MOTION by Mustafa A. Bilal to Extend Time for 30 days to file Amended Complaint (Corriette, M.) (Entered: 09/02/2003) |
| 08/28/2003 | 12 | MOTION by Mustafa A. Bilal for Appointment of Counsel (Corriette, M.) (Entered: 09/02/2003) |
| 08/08/2003 | | ENDORSEMENT granting [11-1] motion to Extend Time for 30 days to file an Amended Complaint, Amended Complaint to be filed by 9/8/03 ( signed by Mag. Judge Holly B. Fitzsimmons ) (Jaiman, R.) (Entered: 08/08/2003) |
| 08/01/2003 | 11 | MOTION by Mustafa A. Bilal to Extend Time for 30 days to file an Amended Complaint (Corriette, M.) (Entered: 08/05/2003) |
| 07/22/2003 | 10 | RULING denying [7-1] motion for Appointment of Counsel, granting |

| | | |
|---|---|---|
| | | [3-1] motion to Amend [2-1] complaint, Amended Complaint to be filed by 8/11/03 ( signed by Mag. Judge Holly B. Fitzsimmons ) 3 Page(s) (Jaiman, R.) (Entered: 07/23/2003) |
| 06/10/2003 | 9 | MEMORANDUM by Mustafa A. Bilal in support of [7-1] motion for Appointment of Counsel (Corriette, M.) (Entered: 06/10/2003) |
| 06/10/2003 | 8 | AFFIDAVIT by Mustafa A. Bilal Re [7-1] motion for Appointment of Counsel by Mustafa A. Bilal (Corriette, M.) (Entered: 06/10/2003) |
| 06/10/2003 | 7 | MOTION by Mustafa A. Bilal for Appointment of Counsel (Corriette, M.) (Entered: 06/10/2003) |
| 05/05/2003 | | ENDORSEMENT granting [5-1] amended motion to Proceed in Forma Pauperis ( signed by Mag. Judge Holly B. Fitzsimmons ) (Corriette, M.) Modified on 05/21/2003 (Entered: 05/05/2003) |
| 04/25/2003 | 6 | Prisoner Authorization Form by Mustafa A. Bilal (Jaiman, R.) (Entered: 05/01/2003) |
| 04/25/2003 | 5 | AMENDED MOTION by Mustafa A. Bilal to Proceed in Forma Pauperis referring to: [1-1] motion to Proceed in Forma Pauperis (Jaiman, R.) (Entered: 05/01/2003) |
| 04/25/2003 | | COMPLIANCE With Insufficiency re [4-1] notice. IFP, PAF, Address (Jaiman, R.) (Entered: 05/01/2003) |
| 04/03/2003 | 4 | NOTICE to petitioner re: papers returned for insufficient IFP, PAF, Address for defendants. Case to be dismissed by 5/3/03 if insufficiency not corrected ( by Mag. Judge Holly B. Fitzsimmons ) (Jaiman, R.) (Entered: 04/04/2003) |
| 01/16/2003 | 3 | MOTION by Mustafa A. Bilal to Amend [2-1] complaint (Rodko, R.) (Entered: 01/17/2003) |
| 01/16/2003 | 2 | COMPLAINT (Rodko, R.) (Entered: 01/17/2003) |
| 01/16/2003 | 1 | MOTION by Mustafa A. Bilal to Proceed in Forma Pauperis (Rodko, R.) (Entered: 01/17/2003) |

| PACER Service Center |
|---|
| Transaction Receipt |

# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MUSTAFA A. BILAL

v.

MARK SIROIS, ET AL.

Case No.   PRISONER
3:03CV120 (SRU)

ORDER

The plaintiff's Application To Proceed In Forma Pauperis having been granted, he is directed to complete the enclosed 285 U.S. Marshal service form. The plaintiff is directed to complete ONE 285 form for defendant Sirois his individual capacity at an address where the defendant may be found.

The plaintiff shall also complete one Notice of Lawsuit and Waiver of Service of Summons form and one Waiver of Service of Summons form for defendant Sirois in his individual capacity. In addition, the plaintiff is directed to submit ONE copy of the amended complaint.

The plaintiff shall complete and return the enclosed forms and the copy of the amended complaint within twenty days of the date of this order. The plaintiff is cautioned that failure to return the forms and/or copies of the amended complaint in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case as to any defendant for whom a form and/or copy of the amended complaint is not returned, without prejudice and without further notice

from this court.

Upon receipt of the Marshal forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the complaint on the defendant Sirois his individual capacity and to file a return of service within **sixty days** of the date the U.S. Marshal receives the service papers from the Clerk's Office.

Defendant Sirois is hereby ordered to file an appearance within **sixty (60)** days from the date he signs a waiver of service of summons.

In addition to defendant Sirois, the plaintiff has also named five John Doe Police Officers as defendants. The United States Marshal cannot serve the complaint on these defendants, however, until plaintiff provides their names and addresses. Accordingly, the plaintiff is directed to file an amended complaint within ninety days of the date of this order. The amended complaint shall include all of the information contained in the first amended complaint as well as the complete name and current address of the Doe defendants. Failure to timely identify these defendants may result in the dismissal of the claims against them without further notice from the court.

SO ORDERED in Bridgeport, Connecticut, this <u>14th</u> of April, 2004.

/s/
Holly B. Fitzsimmons
United States Magistrate Judge

# EXHIBIT C

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MUSTAFA BILAL

                                                  PRISONER
                              CASE NO: 3:03CV120 (SRU)

EAST HARTFORD POLICE
DEPARTMENT, ET AL.

**RULING AND ORDER**

    The plaintiff seeks leave to file an amended complaint. He names Mark Sirois, John Doe, John Luppichino, John O'Connell, John Souzo, John Stoldt and John McGeowe as defendants in the amended complaint. The Motion for Leave to Amend **[doc. # 24]** is **GRANTED**. The Clerk is directed to docket the amended complaint attached to the plaintiff's motion.

    To enable the United States Marshal to serve the amended complaint on the defendants, the plaintiff is directed to complete the enclosed 285 U.S. Marshal service form. The plaintiff is directed to complete ONE 285 form for each defendant in his individual capacity at an address where the defendant may be found.

    The plaintiff shall also complete one Notice of Lawsuit and Waiver of Service of Summons form and one Waiver of Service of Summons form for each defendant in his individual capacity. In addition, the plaintiff is directed to submit SEVEN copies of the amended complaint.

The plaintiff shall complete and return the enclosed forms and the copies of the amended complaint within twenty days of the date of this order. The plaintiff is cautioned that failure to return the forms and/or copies of the amended complaint in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case as to any defendant for whom a form and/or copy of the amended complaint is not returned, without prejudice and without further notice from this court.

Upon receipt of the Marshal forms, the Clerk is directed to forward the appropriate papers to the United States Marshal. The United States Marshal is directed to serve the amended complaint on the defendants in their individual capacities and to file returns of service within **sixty days** of the date the United States Marshal receives the service papers from the Clerk's Office.

Each defendant is hereby ordered to file an appearance within **sixty (60)** days from the date he signs a waiver of service of summons.

SO ORDERED this 29th day of July, 2004, at Bridgeport, Connecticut.

/s/ William I. Garfinkel
William I. Garfinkel
United States Magistrate Judge