```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

MUSTAFA BILAL,                         :   NO. 3:03CV0120(SRU)WIG
      Plaintiff,

vs.

MARK SIROIS, JOHN DOE,
JOHN LUPPICHINO, JOHN O'CONNELL,
JOHN SOUZO, JOHN STOLDT and
JOHN McGEOWE,                          :   JANUARY 14, 2005
      Defendants.
```

### DEFENDANTS' MOTION FOR STAY OF
### DISCOVERY PENDING RULING ON MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 38, defendants Mark Sirois, et al. hereby move this Court for a stay of discovery in this matter, pending a ruling on their motion to dismiss filed of even date herewith.

In support of this motion for stay, defendants represent as follows:

    1.   This pro se prisoner action alleges that plaintiff was unlawfully arrested on March 11, 2000, at which time various of his constitutional rights were violated.

    2.   Under date of December 2, 2004, plaintiff filed written discovery requests, including interrogatories, document

production requests and requests for admissions. The current date for defendants to respond or object to these requests is February 3, 2005.

3. Defendants have moved to dismiss this case in its entirety on the ground that it was not commenced within the applicable statutory period of limitation.

4. In addition to the pendency of the motion to dismiss, numerous of plaintiff's discovery requests are objectionable on various grounds, and compliance with those which are not will still require substantial time, effort and expense.

5. Defendants are requesting a stay of discovery until thirty (30) days following issuance of a ruling denying their motion to dismiss, if such is the court's ruling, in order to avoid the potentially unnecessary and wasteful expenditure of resources and distraction of the defendants from their official governmental duties.

WHEREFORE, for all the foregoing reasons, defendants respectfully request that discovery in this matter be stayed until thirty (30) days following a ruling denying their motion to dismiss, if that is the Court's ruling.

```
                              DEFENDANTS, MARK SIROIS, JOHN
                              DOE, JOHN LUPPICHINO, JOHN
                              O'CONNELL, JOHN SOUZO, JOHN
                              STOLDT and JOHN McGEOWE


                           BY_____
                              Scott M. Karsten
                              Federal Bar No.: ct05277
                              836 Farmington Avenue
                              West Hartford, CT 06119
                              Their Attorney
                              skarsten@sackspec.com
```

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 14th day of January, 2005, to the following:

Mustafa A. Bilal
Inmate Number 126798
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

```
                              _____
                              Scott M. Karsten
```