UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Mustafa A. Bilal | : | PRISONER |
| v. | : | Case No.3:03cv120(SRU)(WIG) |
| East Hartford Police Dept, et al | : | |

ORDER OF NOTICE TO PRO SE LITIGANT

On 1/18/05, the respondent filed a motion to dismiss. Rule 7(a), D. Conn. L. Civ. R., requires petitioner to file his response to the motion within twenty-one days from the date the motion was filed.

The court hereby gives express notice to the pro se petitioner that "failure to submit a memorandum in opposition to [the] motion may be deemed sufficient cause to grant the motion," Rule 7(a), D. Conn. Loc. Civ. P., and that if petitioner fails to file his opposition to the motion to dismiss or fails to obtain an extension of time for filing his opposition within twenty-one days from the day the motion was filed, the respondent's motion may be granted at that time.

If the motion to dismiss is granted, the petition will be dismissed and the case will be closed.

Dated this   19th   day of  January,  2005.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK