UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB 10 P 12: 05

U.S. DISTRICT COURT
BRIDGEPORT, CONN

MUSTAFA BILAL
        Plaintiff,

Vs.

:No3:03cv0120(SRU)(WIG)

MARK SIROIS, JOHN DOE,
JOHN LUPPICHINO, JOHN O'CONNELL,
JOHN SOUZO, JOHN STOLDT, and
JOHN McGEOWE
        Defendants.

: Feb, 7   2005

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

    Plaintiff Mustafa Bilal, pursuant to rule 34(b) and 37(a), F.R.C.P moves this court for an order compelling the defendants to produce for inspection and copying the documents requested on date December 2, 2004.

BY /s/ Mustafa Bilal
MUSTAFA BILAL
285 Shaker RD.
P.O. Box 1400
ENFIELD, CT. 06082

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this    day of Feb, 7 2005. to the following:

Scott M. Karsten
 Federal Bar No. ct 05277
836 Farmington Avenue Suit-221
(860) 233-8251
skarsten @ sackspec.com

Nicole D. Dorman
Federal Bar No. ct 07030
ndorman @ sackspec.com

BY *Mustafa Bilal*
MUSTAFA BILAL
Plaintiff,
285 Shaker RD.
P.O. Box 1400
Enfield, CT. 06082