FROM: MUSTAFA BILAL

The Plaintiff, Pro'Se

285 SHAKER RD. P. O. Box 1400

ENFIELD, CT. 06082


      To: Attorney SCOTT M. KARSTEN

    836 Farmington Ave. Suite 221

    West Hartford, CT. 06119-1544


Re: Civil Complant Doc# 3:03cv120(SRU)(WIG)
Request for production of documents date

    Dear Attorney
Mr. Karsten, this is in reference to a request for production of documents
in accord with Federal rules 26(a)(1)(a)(b)(c)2(a)(3)(a)(b)(c)26(b)(1).
a denial to comply with this discovery will result in the plaintiff considerat
ion of filing a motion to compel.
wherefore in good faith after receiving this letter, and plaintiff interro-
gatories admissions requests pursuant to rules 33,34,and 36 of F.R.C.P. I
expect an answer within the time frame allow in accord with Federal rule
34(b).



                                        Respectfully Submitted

                                        Mustafa Bilal
                                             Plaintiff,
                                                   Pro'Se

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 2, day of December, 2004, to the following:

Attorney Scott M. Karsten

836 Farmington Ave. Suite 221

West Hartford, CT.
                    06119-1544

UNITED STATES DISTRICT COURT
DISTRIC OF CONNECTICUT

MUSTAFA BILAL                                :Doc#3:03cv120(SRU)(WIG)
      plaintiff,

Vs.

MARK SIROIS, JOHN DOE,
JOHN LUPPICHINO, JOHN O'CONNELL,
JOHN SOUZO, JOHN STOLDT, and          December 2, 2004
JOHN McGEOWE,
      defendants,


Plaintiff Request For Documents


Pursuant to rule 34 of the Federal rules of civil procedures the plaintiff ask that he be allowed to inspect and copy, designated documents.


Item 1.) For any and all complaint or misconduct reports received by the defendants, or their agents within the past two years, from March of 1998 to March of 2000, concering illegal arrest, abuse of authority, excessive force, and abuse against any citizen of the U.S. or other persons within East Hartford, Connecticut. it is relevant to the allegation in the complaint of arrest without a warrant or probable cause that chief Mark Sirois knew of, or should have known of his subordinates history of misconduct.

Item 2.) For any and all policies concerning illegal arrest abuse of authority, excessive force while on, or off duty, which a police officer has to refrain from, is relevant to the allegation in the complaint of policies were defendants ignoned and abanded.

Item 3.) For any and all court decisions, or consent decree against defendants, or their agents concerning illegal arrest and abuse of authority, excessive force against any citizen of the U.S. or other person within the East Hartford city, of Connecticut. is relevant considering the fact that defendants under the color of the law had a history of breaking the law.

Item 4.) Any and all warrants dated 3-11-00 case no#2000-6808 incident report is relevant to the allegation in the complaint of arrest without a warrant, even facts that a person is in the complaint of a person for whom a warrant has been issued, does not constitute probable cause for search of that person.

Item 5.) Copy of any and all records of police officers relating to warrants dated 3-11-00 case no:2000-6808 incident report is relevant to the allegation in the complint of unreasonable and thus unconstitulional an officers unannounced entry and unreasonable search and seizures without a warrant before conducting search.

Item 6.) Any and all books, tangible objects, papers photographs or documents within the possession, custody or control of any of the defendants, which is material as preparation to the plaintiff, or which was obtain from, or purportedly belong to the plaintiff, on 3-11-00 arrest the date for the warrant dated 3-11-00 was executed, is relevant to the allegation.

Item 7.) Any and all written, recorded, or oral statements made by the victim that is in the possession, custody or control of any of the defendants or their agency, concerning the crime in question, which is relevant to the allegation in the complaint, were the plainting of false evidence by police officers give rise to civil rights liability.

Item 8.) Copy of the plaintiff prior criminal record before case no# 2000-6808 if any, which are within the prossession, custody, or control of the defendants, the existance of which is known, or by exercise of due diligence may become known, to the defendants, is relevant to the allegation in complaint were defendant took the plaintiff into custody solely to ascertain his idenity are not entitled to immunity when knowing of or knew it was illegal.

Item 9.) Any and all statute, rules or case law the defendants relied upon in believing their action were lawful to arrest the plaintiff, is relevant to the allegation in complaint, were the defenants without a warrant unreasonably search and seized the plaintiff.

BY *Mustafa Bilal*
MUSTAFA BILAL
plaintiff,
Pro'Se

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this day 2, of December, 2004, to the following:

Scott M. Karstan

836 Farmington Ave. Suit 211
West Hartford, CT.
                06119-1544

BY *Mustafa Bilal*
   MUSTAFA BILAL

UNITED STATED DISTRIC COURT
DISTRIC OF CONNECTICUT

MUSTAFA BILAL
    plaintiff,　　　　　　　　　　　　　　　:Doc#3:03cv120(SRU)(WIG)

Vs.

MARK SIROIS, JOHN DOE,
JOHN LUPPICHINO, JOHN O'CONNELL　　　　　　December 2, 2004
JOHN SOUZO, JOHN STOLDT,and
JOHN McGEOWE,
    defendants,


Plaintiff Request For Admissions


Pursunt to rule 36 of the Federal rules of civil
procedure, the plaintiff request the defendants,to
make the following admission within 30 days, after service
of this request.


1.) The plaintiff was arrested on March, the 11 2000. ?

2.) Can probable cause be establish simply by showing that the officers who made the challenged arrest, or search subjectively believed he has grounds for his action?

3.) Was the officers in pursuit of the perpetrator of the crime?

4.) Was the victim, immediately taken to the hospital for exmination?

5.) Was there a warrant served?

6.) Was the arrestee taken to the hospital for injuries subtained during his arrest?

7.) Was Mark Sirois, acting chief of ploice of East Hartford, on March,11,2000?

8.) Was plaintiff upon his arrest combative?

9.) Is there a predetermine protocol set in motion as guidelines and procedures relating to the practice of arrest, and its relatively narrow presentation of information needed for a warrant?

10.) Is there a set ethical guidelines that govern the arrest of minoritys?

11.) Was any of the officers involved in the complaint a known racist?

12.) Was DNA taken from the perpetrator of the crime in question?

BY *Mustafa Bilal*
MUSTAFA BILAL
plaintiff,
Pro'Se

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 2 day of December, 2004, to the following:

Scott M. Karstan
836 Farmington Ave. Suite 221
West Hartford, CT.
　　　　　06119-1544

BY *Mustafa Bilal*
MUSTAFA BILAL
　　　　plaintiff,
　　　　Pro'Se

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MUSTAFA BILAL
    Plaintiff,

VS.

MARK SIROIS, JOHN DOE,
JOHN LUPPICHION, JOHN O'CONNELL
JOHN SOUZO, JHON STOLDT, and JOHN McGEOWE,
    Defendants,

:Doc#3:03cv120(SRU)(WIG)

:December 2, 2004,

### Plaintiff Interrogatories and production of Documents

Pursuant to rules 33, and 34, of the Federal rules of civil procedure, the plaintiff submitts the following interrogatories and request for documents, to the defendants. you are directed to answer each of the interrogatories in writing under oath, and produce each of the requested documents, for inspection and copying within 30 days of service.

1.) State the duties of defendant Mark Sirois, Chief of police department. if those duties are set forth in any job deseription documents or any other documents, produce the document.

2.) State the names, and duties of all of the officers involved in complaint on the day, or night, of incident if such is set forth on any document, produce the document.

3.) State the names, and address of the person or persons, and any procedures used for arresting a person, and any officer of East Hartford Police Department responsiable of the arrest of plaintiff.

BY _Mustafa Bilal_
MUSTAFA BILAL

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this     day of December, 2004, to the following:

Scott M. Karstan
836 Farmington Ave. Suite 221
West Hartford, CT.
                06119-1544

BY *Mustafa Bilal*
MUSTAFA BILAL