UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 10 P 12: 05
U.S. DISTRICT COURT
BRIDGEPORT CONN

MUSTAFA BILAL
      Plaintiff,

v.

MARK SIROIS, JOHN DOE,
JOHN LUPPICHNINO, JOHN O'CONNELL,
JOHN SOUZO, JOHN STOLDT, and
JOHN McGEOWE,
      Defendants.

: No3:03cv120(SRU)(WIG)

:

:

Feb, 7   2005

## PROOF OF SERVICE

The undersigned hereby certifies that on this day of Feb 7 2005, a true copy of the foregoing <u>MOTION TO COMPEL PRODUCTION OF DOCUMENTS</u>, and a <u>AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL</u>, along with a <u>BRIEF IN SUPPORT OF MOTION TO COMPEL</u>, with all <u>EXHIBITS</u> and attachment, was mailed, postage prepaid, to Defandants Counsel herein, Attorney Scott M. Karsten, and Attorney Nicole D. Dorman, 836 Farmingtion Avenue. Suit 221 West Hartford, CT. 06119-1544

Scott M. Karsten
Federal Bar No. ct 05277
836 Farmington Avenue Suit- 221
West Hartford, CT. 06119-1544
(860)233-8251
skarsten @ sackspec.com

Nicole D. Dorman
Federal Bar No.ct07030
ndorman@ sackspec.com

BY _Mustafa Bilal_
MUSTAFA BILAL
      Plaintiff,
285 Shaker RD.
P.O. BOX 1400
Enfield,CT. 06082