UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MUSTAFA BILAL
        Plaintiff,
V.

MARK SIROIS, JOHN DOE,
JOHN LUPPICHINO, JOHN O'CONNELL,
JOHN SOUZO, JOHN STOLDT, and
JOHN McGEOWE, Defendants.

: Doc No: 3:03cv0120(SRU)(2:05)

: FILED
: 2005 FEB 10
: U.S. DISTRICT COURT
: BRIDGEPORT, CONN

: February, 7 2005,

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Plaintiff Mustafa Bilal, hereby respectfully move the court for a time extension of (30) thirty days, until March 19, 2005, within which to respond with Motion of opposition to object to Defendants Motion to Dismiss, therefore plaintiff states also the following:

1.) Plaintiff had only received a notice of the defendants intents, (7) seven days prior to its dead line due to the handling of the mail in this facility.

2.) Pursuant to Federal Rule of Civil Procedure 26 (a)(1)(A)(B)(C) 2 (A)(B)(C) 3 (A)(B)(C) and Local Rule 37 (a)(2) the plaintiff relies on discovery information from defendants to materialize the factual allegation in his complaint.

3.) The court would undermine any legal redress or compentory and punitive relief sought, if it hold the Pro Se' litigant to the standards of a professional lawyer. Baker v. Cuomo 58 F.3d 814 (2nd Cir. 1995) Simmons v. Abruzz, 49 F.3d 83 (2nd Cir. 1995)

BY Mustafa Bilal
MUSTAFA BILAL Plaintiff,
285 Shaker RD. P.O. Box 1400
Enfield, Ct. 06082

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 7 day of Feb, 2005. to the following:

Scott M. Karsten
Federal Bar No. ct 05277
836 Farmington Avenue Suit-221
West Hartford, CT. 06119-1544
(860) 233-8251
skarsten @ sackspec.com

Nicole D. Dorman
Federal Bar No. ct 07030
ndorman @ sackspec.com

BY **Mustafa Bilal**
MUSTAFA BILAL
           Plaintiff,
285 Shaker RD.
P.O. Box 1400
Enfield, CT. 06082