UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MUSTAFA BILAL,                                : NO. 3:03CV0120(SRU)WIG
    Plaintiff,

vs.

MARK SIROIS, JOHN DOE,
JOHN LUPPICHINO, JOHN O'CONNELL,
JOHN SOUZO, JOHN STOLDT and
JOHN McGEOWE,                                 : FEBRUARY 25, 2005
    Defendants.

## **OBJECTION TO MOTION TO COMPEL**

    Defendants hereby object to plaintiff's Motion to Compel Production of Documents dated February 7, 2005.  In support of their objection, defendants represent that a Motion for Stay of Discovery was filed by them on January 14, 2005.  That motion for stay seeks a deferral of all discovery in this matter pending a ruling on the defendants' Motion to Dismiss on statute of limitations grounds, currently pending in this Court.

    WHEREFORE, the defendants request plaintiff's Motion to Compel be denied.

```
                              DEFENDANTS, MARK SIROIS, JOHN
                              DOE, JOHN LUPPICHINO, JOHN
                              O'CONNELL, JOHN SOUZO, JOHN
                              STOLDT and JOHN McGEOWE


                          BY_____
                              Scott M. Karsten
                              Federal Bar No.: ct05277
                              836 Farmington Avenue
                              West Hartford, CT 06119
                              Their Attorney
                              skarsten@sackspec.com
```

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 25th day of February, 2005, to the following:

Mustafa A. Bilal
Inmate Number 126798
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

```
                                     _____
                                     Scott M. Karsten
```