UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MUSTAFA BILAL
    Plaintiff,

v.

MARK SIROIS, JOHN DOE,
JOHN LUPPICHINO, JOHN O'CONNELL,
JOHN SOUZO, JOHN STOLDT, and
JOHN McGEOWE,
    Defendants.

: No 3:03 cv120(SRU)(WIG)

FILED
2005 FEB 24  P 4: 35
U.S. DISTRICT COURT
BRIDGEPORT, CONN

: February 22, 2005,

### MOTION IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS

The Plaintiff, Mustafa Bilal, a prisoner pursing this action pro se' hereby states that the defendant motion to dismiss dated January 14, 2005 should not be honored for the following reason:

Pursuant to F.R.C.P. 56(b) the plaintiff states that in federal court, to satisfy the statute of limitations, you need only file your complaint before the limitation period has run. the case is considered filed on the date the clerk receives it. as shown in the defendants memorandum of law in support of motion to dismiss.

A memorandum in support of this motion is submitted herein.

    WHEREFORE, plaintiff request that defendants motion not be honored.

BY _Mustafa Bilal_
MUSTAFA BILAL
    plaintiff,
285 Shaker RD. P.O. Box 1400
Enfield, CT. 06082

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 22, day of February, 2005. to the following:

Scott M. Karsten
Federal Bar No. ct 05277
836 Farmington Avenue Suit-221
West Hartford, CT. 06119-1544
(860) 233-8251
skarsten @ sackspec. com

BY _Mustafa Bilal_
MUSTAFA BILAL
     Plaintiff, Pro Se'
285 Shaker Rd. P.O. Box 1400
Enfield, CT. 06082