UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MUSTAFA BILAL
V.                Plaintiff,

MARK SIROIS, JOHN DOE,
JOHN LUPPICHINO, JOHN O'CONNELL,
JOHN SOUZO, JOHN STOLDT, and
JOHN McGEOWN,
          Defendants.

FILED
2005 MAR 14  P 4:34
U.S. DISTRICT COURT
BRIDGEPORT, CONN

:No 3;03cv 120(SRU)(WIG)

:MARCH 10, 2005.

## MOTION OF OPPOSITION TO DEFENDANTS MOTION IN OBJECTION OF PLAINTIFF MOTION TO COMPEL

The defendants has moved this court to dismiss the plaintiff motion to compel production of documents dated February 7,2005. stating that they filed a motion for stay of discovery, dated January 14,2005. until a ruling is decided on their motion to dismiss, plaintiff complaint for statute of limitation reason.

The plaintiff states that in the interest of justice, the court should not dismiss plaintiff motion to compel, because all the documents sought that are in the possession of the defendants, are not unreasonable nor burdensome, and is relevant to the allegation in plaintiff complaint, as seen in plaintiff brief in support of motion to compel dated February 7,2005.
so to deny plaintiff, the opportunity to pursue requested discovery would make Fed.R.Civ.P. 26 (a)(1)(A)(B)(C)(2)(A)(B)(C)(3)(A)(B) Rule 34(a) Rule 36(a) and local Rule 37(a)(2)(B) all obsolete, not only for plaintiff but for future litigators as well, and not allow room for redress.

WHEREFORE: for the reasons herein, the plaintiff request that the court not grant, defendants motion to dismiss plaintiff motion to compel.

BY Mustafa Bilal

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 10th day of March, 2005. to the following:

Scott M. Karsten
Federal Bar No. ct 05277
836 Farmingtion Ave. Suit-221
West Hartford, CT. 06119-1544
(860) 233-8251
skarsten @ sackspec.com

BY __Mustafa Bilal__
MUSTAFA BILAL Plaintiff,
285 Shaker RD.
P.O.Box 1400
Enfield, CT. 06082