FEB 10 2005

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 MAR 15 P 2:59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

MUSTAFA BILAL
   Plaintiff,

Vs.

MARK SIROIS, JOHN DOE,
JOHN LUPPICHINO, JOHN O'CONNELL,
JOHN SOUZO, JOHN STOLDT, and
JOHN McGEOWN,
   Defendants.

; No3:03cv0120(SRU)(WIG)

:

:

: Feb, 7  2005

## AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL

MUSTAFA BILAL, being duly sworn, deposes and say:

1.) I'm the plaintiff in this case, I make this affidavit in support of my motion to compel discovery.

2.) On November the 2, 2004. the defendants filed an appearance motion. on December the 2, 2004. I the plaintiff filed a request for production of documents pursuant to rule 34, F.R.C.P see exhibit"A"the plaintiff letter in reference to request for production of documents, along with defendants appearance motion.

3.) Plaintiff has attempted without success to persuade the defendants to turn over the requested materials without resorting to a motion to compel. see exhibits (B) (C) (D).

B) Plaintiff Request For Documents.
C) Plaintiff Request For Admissions.
D) Plaintiff Interrogatories and Production of Documents.

4.) The denfendants have not filed any pleading, motion to dismiss, motion for summary judgment, have not contacted plaintiff, regarding any jurisdiction problems that may be

resolved by an agreement, has not been filed, or an extension of time from which to respond.

BY *Mustafa Bilal*
MUSTAFA BILAL
        Plaintiff, Pro'Se
285 Shaker RD.
P.O.Box 1400
Enfield, CT. 06083

FEB 10 2005

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 7, day of Feb, 2005. to the following:

Scott M. Karsten
Federal Bar No. ct 05277
836 Farmington Avenue Suit-221
West Hartford, CT. 06119-1544
(860) 233-8251
skarsten @ sackspec.com

Nicole D. Dorman
Federal Bar No. ct 07030
ndorman @ sackspec.com

BY Mustafa Bilal
MUSTAFA BILAL
Plaintiff,
285 Shaker RD.
P.O. Box 1400
Enfield, CT. 06082