UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MUSTAFA BILAL

   V.

                                                     PRISONER
                                      CASE NO. 3:03CV120 (SRU)(WIG)

EAST HARTFORD POLICE DEP'T, ET AL.

### RULING ON PENDING MOTION

Pending before the court is the defendants' motion to stay discovery and the plaintiff's motion to compel. The plaintiff mailed a request for production of documents to the defendants on December 2, 2004. On December 30, 2004, the court granted defendants' motion for extension of time until February 3, 2005, to respond to the request for production of documents. On January 18, 2005, the defendants filed a motion to dismiss on statute of limitations grounds and a motion for a stay of discovery pending the court's ruling on their motion to dismiss. On February 10, 2005, the plaintiff filed a motion to compel the defendants to respond to his request for production of documents.

The Motion for Stay of Discovery [**doc. # 34**] until thirty days after the court rules on the motion to dismiss is **GRANTED**. The plaintiff's Motion to Compel [**doc. # 36**] is **DENIED** without prejudice. If the court denies the motion to dismiss, the plaintiff may renew his motion only after he has conferred with

counsel for the defendants in an effort to resolve the discovery dispute without the court's intervention.  <u>See</u> Fed. R. Civ. P. 37(a)(2)(A); D. Conn. L. Civ. R. 37(a)2.

SO ORDERED at Bridgeport, Connecticut, this 21st day of July, 2005.

<u>/s/ William I. Garfinkel</u>

William I. Garfinkel
United States Magistrate Judge