UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
MUSTAFA BILAL
                                              PRISONER
      v.                           CIVIL NO. 3:03CV120 (SRU)

EAST HARTFORD POLICE DEPARTMENT
CHIEF SIROIS
SERGEANT DOE
SERGEANT LUPPICHINO
OFFICER O'CONNELL
OFFICER SOUZO
OFFICER STOLDT
OFFICER MCGEOWE
```

J U D G M E N T

This cause came on for consideration of the defendants' Motion to Dismiss before the Honorable Stefan R. Underhill, United States District Judge.

The original complaint filed in this action listed the East Hartford Police Department as the only defendant. The plaintiff subsequently filed two amended complaints. The second amended complaint named Chief Sirois, Sergeants Doe and Luppichino and Officers O'Connell, Souzo, Stoldt and McGeowe as defendants and omitted the East Hartford Police Department as a defendant. Thus, the plaintiff abandoned all claims against the East Hartford Police Department.

The Court has considered the motion to dismiss and all the

related papers.  On December 14, 2005, the court granted the motion to dismiss as to all claims in the complaint.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 19th   day of December, 2005.

>                          KEVIN F. ROWE, Clerk
>
>                          By /s/ Cynthia Earle
>                               Cynthia Earle
>                               Deputy Clerk

Entry on Docket _____